

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-12-00739-CR

Jose Guadalupe **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2010-1132-DR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Luz Elena D. Chapa, Justice

We **grant** appellant's motion for extension of time to file his brief in response to the trial court's findings of fact and conclusions of law. We **order** the State's responsive brief filed by **June 30, 2014**.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court